"Q. You see that that warehouse is closed up every night and locked? A. Yes."

■ We find the evidence sufficient to sustain the conviction and no reversible error appears.

The judgment is affirmed.

■

**Ex parte Orvell Derwood McCALLUM.**

**No. 31631.**

Court of Criminal Appeals of Texas.

March 9, 1960.

■

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

BELCHER, Commissioner.

This is an appeal from an order entered in a habeas corpus proceeding remanding appellant to custody without bail.

It appears that since the order was entered appellant has been tried and convicted of the offense of murder with malice aforethought, for which he was held, and has accepted a life sentence imposed by a jury.

The question of his right to bail is moot and the appeal is dismissed.

Opinion approved by the Court.